IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40476
Conference Calendar
_____


TIMOTHY WADE FRY,

                                        Plaintiff-Appellant,


versus

DENTON COUNTY SHERIFF, Texas;
JAIL COMMANDER, Denton County
Sheriff's Department;
Denton County Sheriff's Department,
Unknown Deputies,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:95-CV-87
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Texas prisoner Timothy Fry, No. 644433, appeals the district

court's summary judgment dismissal of his civil rights complaint

as time-barred.  We have reviewed the briefs and the record and

AFFIRM for essentially the reasons adopted by the district court.

See Fry v. Denton County Sheriff, CA No. 4:95cv087 (E.D. Tex.

March 29, 1996).  Fry's motions to file an out-of-time reply

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

brief and for relief under FED. R. CIV. P. 60(b) are DENIED.